# United States Court of Appeals
# for the Federal Circuit

———————————

June 2, 2017

**ERRATA**

———————————

Appeal No. 2016-2093

**SUNTEC INDUSTRIES CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**MID CONTINENT NAIL CORPORATION,**
*Defendant*

Decided:  May 30, 2017

———————————

Please make the following changes:

On page 9, line 9, change "request to Suntec itself and" to "request directly to Suntec and."

On page 11, line 9, change "has" to "had."

On page 18, line 5, change "showed no" to "has not shown."